PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Giacomaro  Cr.: 03-00444-001
PACTS #: 13961

Name of Sentencing Judicial Officer:  THE HONORABLE ALFRED M. WOLIN
SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 02/13/2004

Original Offense:  Count 1: Conspiracy to Commit Mail Fraud
Count 2: Mail Fraud
Count 3: Conspiracy to Defraud the United States

Original Sentence: 168 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, Cooperate with IRS, Financial Disclosure, No New Debt/Credit, Restitution

Type of Supervision: Supervised Release  Date Supervision Commenced: 08/28/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was ordered to make restitution in the amount of $69,291,511.52. The Court set a monthly installment payment plan of no less than $200.00 to commence 30 days after release from confinement. |
| | The offender has paid $21,669.65 towards his restitution obligation and the outstanding balance is $67,578,720.70. |

U.S. Probation Officer Action:
The probation office has monitored the offender's ability to pay restitution. His Social Security income has been garnished and the United States Attorney's Office – Financial Litigation Unit (FLU) is working with the offender to arrange for potential future earning made from books, movies, television series etc will result in the offender paying a significant portion towards his restitution. FLU will continue to monitor the collection of restitution upon the expiration of supervised release. Therefore, the probation office recommends the supervision term be allowed to expire as scheduled.

Respectfully submitted,
*Patrick Hattersley*

By: Patrick Hattersley
    Senior U.S. Probation Officer
Date: 07/21/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

8/21/2017
_____
Date